UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

                              Plaintiff,

   v.

EASTCHESTER REHABILITATION
AND HEALTH CARE CENTER,

                              Defendant.
------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Case No. CV-07-8654(NRB)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Eastchester Rehabilitation and Health Care Center LLC certifies that it is a privately held company, and that it does not have any corporate parents, subsidiaries, or affiliates which are publicly held.

Dated at Jericho, New York
This 5th day of November, 2007

                                                                *[signature]*
                                                  Clifford P. Chaiet (CC0609)
                                                  Naness, Chaiet & Naness, LLC
                                                  Attorneys for Defendant
                                                  375 North Broadway, Suite 208
                                                  Jericho, New York 11753
                                                  (516) 827-4300