UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
1199 SEIU UNITED HEALTHCARE WORKERS EAST

                         Plaintiff,

      v.

EASTCHESTER REHABILITATION
AND HEALTH CARE CENTER,

                       Defendant.
------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. CV-07-8654(NRB)

STATE OF NEW YORK }
                    } s.s.:
COUNTY OF NASSAU }

    The undersigned, being duly sworn deposes and says:

    Deponent is over the age of 18 years, not a party to this action, and is employed by the law firm of Naness, Chaiet & Naness, LLC. That on the 5th day of November, 2007, deponent served the following documents:

    Answer of Defendant Eastchester Rehabilitation and Health Care Center

on the person(s) hereinafter named, by depositing a true copy (copies) thereof, enclosed in a postage paid, properly addressed wrapper in an official depository under the exclusive care of the United States Postal Service within the State of New York.

To:   Lowell Peterson, Esq.
       Meyer, Suozzi, English & Klein, P.C.
       Attorneys for Plaintiff
       1350 Broadway, Suite 501
       New York, New York 10016

                                _/s/ Maura Celentano_
                                Maura Celentano

Sworn to before me this
5th day of November, 2007

_/s/ Clifford P. Chaiet_

CLIFFORD P. CHAIET
Notary Public, State of New York
No. 4517071
Qualified in Westchester County
Commission Expires November 30, 2010