BUCHWALD, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

NEW YORK'S HEALTH AND HUMAN SERVICE
EMPLOYEES UNION 1199/SEIU, AFL-CIO,

        Plaintiff,

vs.    Case No. 07 Civ. 8654(NRB)

EASTCHESTER REHABILITATION
CENTER

        Defendant.

------------------------------------------------ x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/07

### Stipulation of Dismissal

Plaintiff, NEW YORK'S HEALTH AND HUMAN SERVICE EMPLOYEES UNION 1199/SEIU, AFL-CIO and Defendant, EASTCHESTER REHABILITATION CENTER hereby agree that the above-captioned matter be dismissed in its entirety.

Dated:    November 27, 2007

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

        Lowell Peterson (LP 5405)
        Attorneys for Plaintiff
        1350 Broadway, Suite 501
        P.O. Box 822
        New York, New York 10018-0026
        212-239-4999

-i-

NANESS, CHAIET & NANESS, LLC

*[signature]*

Clifford P. Chaiet (CC 0609)
Attorneys for Defendant
375 North Broadway, Suite 208
Jericho, New York 11753
(516) 827-4300


SO ORDERED:

*[signature]* 11/27/07

-2-